No. 368. De La Rama Steamship Co., Inc. *v.* United States. C. A. 2d Cir. Certiorari granted limited to the

question of the jurisdiction of the District Court. *Roscoe H. Hupper* for petitioner. *Acting Solicitor General Stern* filed a memorandum for the United States stating that the Government does not oppose the granting of a writ of certiorari in this case limited to the question of jurisdiction.